UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CURIN-FRANCO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOMBEI JAPANESE RESTAURANT, et al, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 13-cv05967-LHK <br><br> ORDER WITHDRAWING REFERRAL TO ENE |

The Court hereby withdraws its previous referral of the parties to ENE. The mediation deadline for August 1, 2014 remains as unchanged.

**IT IS SO ORDERED.**

Dated: June 9, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-05967-LHK
ORDER WITHDRAWING REFERRAL