**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CURIN-FRANCO, | ) | Case No.: 13-cv-05967-LHK |
| | ) | |
| Plaintiff, | ) | ORDER VACATING CASE |
| | ) | MANAGEMENT CONFERENCE AND |
| v. | ) | ORDERING PARTIES TO FILE |
| | ) | UPDATE |
| GOMBEI JAPANESE RESTAURANT, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Case Management Conference for August 13, 2014 is vacated and continued to September 25, 2014 at 1:30 p.m. The parties are ordered to file a settlement status update by September 5, 2014.

**IT IS SO ORDERED.**

Dated: August 12, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-05967-LHK
ORDER VACATING CASE MANAGEMENT CONFERENCE AND ORDERING PARTIES TO
FILE UPDATE