UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CURIN-FRANCO, | ) | Case No.: 13-CV-05967-LHK |
| | ) | |
| Plaintiff, | ) | ORDER TO FILE STIPULATION OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| GOMBEI JAPANESE RESTAURANT, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties shall file their Rule 41 stipulation of dismissal by September 19, 2014. The motion hearing and case management conference set for September 25, 2014 will be vacated after the stipulation is filed.

**IT IS SO ORDERED.**

Dated: September 8, 2014

_____
LUCY H. KOH
United States District Judge